1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LUIS ALFONSO LEON,

                  Plaintiff,

    v.

ELLEDGE, et al.,

                 Defendants.

Case No. 2:22-cv-00851-BHS-TLF

ORDER GRANTING EXTENSION

This matter comes before the Court on plaintiff's motion for an extension of time. Dkt. 14. Plaintiff states that he has recently sought legal advice, and seeks and extension of time to respond to this Court's order to show cause or to amend the complaint (Dkt. 13).

The Court GRANTS plaintiff's motion and grants plaintiff an extension of 60 days. Plaintiff shall respond to the Court's order to show cause or to amend the complaint on or before **March 28, 2023**.

Dated this 27th day of January, 2023.

Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING EXTENSION - 1