UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LUIS ALFONSO LEON,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ELLEDGE, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:22-cv-00851-BHS-TLF<br><br>ORDER |

This matter comes before the Court on Plaintiff's motion for reconsideration. Dkt. 20. Upon reviewing the motion, the Court interprets this motion, instead, as a motion for extension of time to respond to the Court's order to show cause or to file an amended complaint (Dkt. 13).

Plaintiff states that between the Court's last order granting Plaintiff an extension of time and the filing of the instant motion, he has not had access to his legal materials or the law library. Dkt. 20 at 1. He states that he was unable to read the Court's last order dated April 12, 2023 (Dkt. 19) until May 4. *Id.*

ORDER - 1

1    The Court finds that Plaintiff has demonstrated good cause for an extension of
2 time. Plaintiff will have until **June 8, 2023**, to respond to the Court's order to show cause
3 or to file an amended complaint.

Dated this 11th day of May, 2023.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER - 2