UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUIS ALFONSO LEON,<br><br>        Plaintiff,<br><br>  v.<br><br>ELLEDGE et al.,<br><br>        Defendants. | CASE NO. 2:22-cv-851<br><br>ORDER ADOPTING R&R |

Before the Court is the Report and Recommendation (R&R) of the Honorable Theresa L. Fricke, United States Magistrate Judge, on Plaintiff Luis Alfonso Leon's claims against Defendant Federal Bureau of Prisons (BOP). Dkt. No. 57. The R&R recommends that the Court dismiss Leon's claims for damages against BOP as barred by sovereign immunity, and further, to dismiss his claims for injunctive relief as moot. *Id.* at 11.

Leon has not objected to the R&R and the time for objecting has passed. *See generally* Dkt. Because there were no objections, the Court may adopt the R&R if it is satisfied there are no clear errors on the face of the record. Fed. R. Civ. P. 72(b) Advisory Committee's Note to 1983 Amendment. The Court agrees with Judge

**ORDER ADOPTING R&R** - 1

Fricke's analysis that BOP should be terminated as a defendant given that Leon's claims are barred by sovereign immunity or moot based on his release from custody.

Based on its review of the R&R, the record, and the law, the Court ORDERS as follows:

1. The Court ADOPTS the Report and Recommendation at Dkt. No. 57.
2. Defendant Federal Bureau of Prisons' (BOP) motion to dismiss, Dkt. No. 45, is GRANTED. Leon's claims for damages against BOP are dismissed as barred by sovereign immunity. Leon's claims for injunctive relief against BOP are dismissed without prejudice as moot. As no claims remain against BOP, it is terminated as a Defendant in the action.
3. The Clerk is directed to provide a copy of this order to the parties and to the Honorable Theresa L. Fricke.

Dated this 5th day of August, 2024.

Jamal N. Whitehead
United States District Judge

ORDER ADOPTING R&R - 2