UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUIS ALFONSO LEON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ELLEDGE, et al.,<br><br>　　　　　Defendants. | CASE NO. 2:22-cv-851<br><br>ORDER ADOPTING R&R AND DISMISSING CASE |

Before the Court is the Report and Recommendation (R&R) of the Honorable Theresa L. Fricke, United States Magistrate Judge, on Plaintiff Luis Alfonso Leon's claims against individual BOP employees at FDC SeaTac, Defendants Elledge (prison official), J. Manansala (prison official), Harris (prison official), Sheikh (Chaplain), Smith (counselor), and I. Jacquez (warden). Dkt. No. 63. The R&R recommends that the Court dismiss Leon's claims without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute and failure to respond to a court order.

Leon has not objected to the R&R and the time for objecting has passed. *See generally* Dkt. Because there were no objections, the Court may adopt the R&R if it is satisfied there are no clear errors on the face of the record. Fed. R. Civ. P. 72(b)

ORDER ADOPTING R&R AND DISMISSING CASE - 1

Advisory Committee's Note to 1983 Amendment. The Court agrees with Judge Fricke's analysis that because Leon has failed to file any documents or participate in this action in any way since January 2, 2024, his case should be dismissed for failure to prosecute and failure to comply with the Court's order.

Based on its review of the R&R, the record, and the law, the Court ORDERS as follows:

1. The Court ADOPTS the R&R at Dkt. No. 63.
2. The action is DISMISSED without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute and failure to respond to a Court order.
3. The individual defendants' motion for summary judgment (Dkt. No. 47) is DENIED as moot.
4. The Clerk is directed to provide a copy of this order to the parties and to the Honorable Theresa L. Fricke.

Dated this 26th day of August 2024.

Jamal N. Whitehead
United States District Judge